THIS OPINION HAS NO PRECEDENTIAL 
 VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS
PRECEDENT IN ANY PROCEEDING EXCEPT 
 AS PROVIDED BY RULE 239(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
The State, Respondent,
v.
Otis C. Griffin, III, Appellant.
 
 
 

Appeal From York County
 John C. Hayes, III, Circuit Court Judge

Unpublished Opinion No. 2005-UP-038
Submitted December 1, 2004  Filed January 
 14, 2005

APPEAL DISMISSED

 
 
 
Assistant Appellate Defender Eleanor Duffy Cleary, Office of Appellate Defense,  
 of Columbia, for Appellant.
Attorney General Henry Dargan McMaster, Chief Deputy Attorney 
 General John W. McIntosh, Assistant Deputy Attorney General Donald J. Zelenka, 
 Office of the Attorney General, all of Columbia; and Solicitor Thomas E. Pope, 
 of York, for Respondent.
 
 
 

PER CURIAM:  Appellant, Otis C. Griffin, III, was sentenced in 
 October 1993 to fifteen years suspended with five years of probation for second 
 degree burglary, in August 1996 to eight years suspended upon service of seven 
 years with five years of probation for another second degree burglary, in October 
 1996 to five years with five years of probation for grand larceny and to eight 
 years suspended upon service of seven years with five years probation for third 
 degree burglary, and in May 2002 to 180 days suspended with one year of probation 
 for malicious injury to real property.  In August 1996, the circuit court revoked 
 seven years of appellants original fifteen-year sentence for the 1993 burglary 
 and tolled probation while appellant was incarcerated.  Following a March 2003 
 probation revocation hearing, the court revoked Griffins suspended sentence 
 in full for each charge.  Griffins counsel attached to the brief a petition 
 to be relieved as counsel, stating that she had reviewed the record and concluded 
 this appeal lacks merit.  Griffin did not file a separate pro se 
 brief.  
After a thorough review of the record pursuant to Anders v. California, 
 386 U.S. 738 (1967) and State v. Williams, 305 S.C. 116, 406 S.E.2d 357 
 (1991), we dismiss [1] the appeal 
 and grant counsels petition to be relieved.
 APPEAL DISMISSED.
HUFF, KITTREDGE, and BEATTY, JJ., concur.

 
 [1] We decide this case without oral argument pursuant 
 to Rule 215, SCACR.